IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| ex rel. TERRI KING, | § | |
| | § | |
| Plaintiff and | § | |
| Plaintiff-Relator, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-018 |
| | § | |
| THE UNIVERSITY OF TEXAS HEALTH | § | |
| SCIENCE CENTER-HOUSTON, | § | |
| | § | |
| Defendant. | § | |

## ORDER

In accordance with the memorandum and opinion issued on even date, this action is dismissed for lack of subject-matter jurisdiction and for failure to state a claim upon which relief can be granted.

SIGNED on October 31, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge